IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGIE CAVAZOS, | § § § | |
| *Plaintiff*, | § § | 5-23-CV-558-RBF |
| vs. | § § § | |
| KILOLO KIJAKAZI, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; | § § § § § | |
| *Defendant*. | § § | |

## ORDER PERMITTING FILING OF ADDITIONAL BRIEFS

This Order concerns Plaintiff Cavazos's request for judicial review of the administrative denial of her application for supplemental security income benefits under Title XVI of the Social Security Act. Dkt. No. 3. This action was assigned to the undersigned pursuant to 28 U.S.C. § 636(b), Rule 1(h) of Appendix C to the Local Rules, and the docket management order entered on September 29, 2017, in the San Antonio Division of the Western District of Texas. This Court has jurisdiction to review a final decision of the Social Security Administration, *see* 42 U.S.C. § 405(g), and the undersigned has authority to enter this order pursuant to 28 U.S.C. § 636(c) as both parties have consented to magistrate jurisdiction. *See* Dkt. Nos. 6 & 11.

On January 17, 2024, the Court held a hearing at which both parties appeared through counsel of record. As stated on the record at the hearing, both parties may, but are not required to, brief the issue of the scope and nature of any remand to the agency if a remand is ordered.

If Plaintiff wishes to submit a brief on this topic (and only this topic), Plaintiff may do so within **seven (7) days** from the date of this order. The Court does not anticipate such a brief to exceed 5-8 pages in length, and it may be shorter if warranted.

If Defendant Commissioner Kijakazi chooses to respond, Defendant may do so within **seven (7) days** from the date that Plaintiff's brief is filed with the Court. Defendant's brief should be similarly limited in topic and length.

**IT IS SO ORDERED.**

SIGNED this 17th day of January, 2024.

                                          RICHARD B. FARRER
                                        UNITED STATES MAGISTRATE JUDGE